**UNITED STATES COURT OF APPEALS**
**for the Fifth Circuit**

_____

No. 97-20098
_____

IN THE MATTER OF: MBM INVESTMENT REAL ESTATE
L P; IN THE MATTER OF:  MATZ REAL ESTATE
SERVICES, INC., IN THE MATTER OF: INTERMARQUE
AUTOMOTIVE PRODUCTS, INC.

                                              Debtors.
_____


STEWART A. FELDMAN AND MARLA B. MATZ, D.D.S.,

                              Appellants-Cross-Appellees,

                    VERSUS


                    NIEL MORGAN,

                              Appellee-Cross-Appellant.


_____

        Appeal from the United States District Court
           for the Southern District of Texas

                    (H-96-CV-2489)
_____
                  December 10, 1997
Before DAVIS, JONES and DENNIS, Circuit Judges.

PER CURIAM:[*]

     This appeal brings before us the propriety of the district

court's January 14, 1997 order directing the Feldmans to pay

sanctions to Morgan in the amount of $253,700.  This sanction

_____

     [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

followed the order of the bankruptcy court imposing sanctions that totalled $499,700. The district court has broad discretion to determine an appropriate sanction to obtain compliance with its order. The district court did not abuse its discretion in requiring Feldman to pay sanctions in the amount of $253,000.

Although Feldman complains of earlier orders issued by the bankruptcy court, he did not prosecute timely appeals from those orders and they are therefore not properly before us.

AFFIRMED.